ORIGINAL

FILED

10/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0549

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0549

BRYAN KEITH BARTHOLOMEW,

      Petitioner,

v.

BRIAN GOOTKIN,

      Respondent.

FILED

OCT 2 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Petitioner Bryan Bartholomew seeks a writ of habeas corpus directing that he be immediately released from continued illegal restraints of his liberties and for an Order discharging his sentence. Bartholomew, who was convicted in 2006 of several felony offenses, received a combination of sentences totaling fifteen years. He contends that because sentencing occurred on August 28, 2006, "worst case scenario, Petitioner would have discharged his sentence no later than August 28, 2021." Bartholomew's petition alleges that he remains on probation under supervision of the Department of Corrections, which erroneously maintains that his discharge date is August 18, 2024.

Respondent Brian Gootkin, through counsel, concedes under the particular facts presented in this record and in the interests of justice that Bartholomew has served the lawful length of his sentence, is entitled to a Writ of Habeas Corpus, and should be immediately released from DOC supervision. Accordingly, the Department has terminated Bartholomew's probation effective immediately.

Having reviewed the Petition and Response, and good cause appearing,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is GRANTED. Bartholomew's sentences in Yellowstone County Cause Nos. DC-2005-0000062, DC 2005-0000185, DC 2005-0000398, DC 2006-0000389 are DISCHARGED, and the Department of Corrections is ordered to immediately release him from supervision.

The Clerk is directed to provide immediate notice of this Order to the Attorney General; to Brian Gootkin, Director of the Montana Department of Corrections; to the Yellowstone County Attorney; and to all counsel of record. Service in the same manner as a summons in a civil action, as provided in § 46-22-206, MCA, shall not be required.

DATED this 25 day of October, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2